IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KYM ANDREW WALLACE #38137-511 | § | |
| VS. | § | CIVIL ACTION NO. 6:26cv159 |
| UNITED STATES OF AMERICA | § | |

### ORDER TO ANSWER

The Court has examined the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct the Movant's sentence and determined that an answer from the government is required. *See* Rule 4(b), Rules Governing Section 2255 Proceedings ("2255 Rules"). Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall send a copy of the Section 2255 motion (Dkt. #1) and this order to the United States Attorney for the Eastern District of Texas. Such delivery may be done electronically absent further order of the Court. *See* 2255 Rule 3(b). Further, it is

**ORDERED** that the government shall have 60 days from receipt of this order to answer or otherwise plead. *See* 2255 Rules 4(b) and 5(a).

**So ORDERED and SIGNED this 6th day of April, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1