IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

KYM ANDREW WALLACE #38137-511     §

VS.                               §          CIVIL ACTION NO. 6:26cv159

UNITED STATES OF AMERICA          §

ORDER

Movant seeks an extension of time to file a reply in support of his motion to vacate, set aside, or correct his sentence. (Dkt. #6.) He explains that the additional time is necessary due to his limited access to the prison library, which is currently exacerbated by staffing shortages. (*Id.*)

Under the circumstances, a brief extension is reasonable and will not prejudice either party or unduly delay proceedings. It is accordingly

**ORDERED** that Movant's motion for extension (Dkt. #6) is **GRANTED**, and Movant's deadline to file a reply is extended until thirty days from entry of this Order.

**So ORDERED and SIGNED this 17th day of June, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1